BILL LOCKYER, Attorney General
of the State of California
ROBERT R. ANDERSON
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
JENNIFER A. NEIL
Lead Supervising Deputy Attorney General
JOHN W. RICHES II, State Bar No. 206223
Deputy Attorney General
   1300 I Street, Suite 125
   P.O. Box 944255
   Sacramento, CA 94244-2550
   Telephone: (916) 323-5915
   Fax: (916) 324-5205
Attorneys for Defendants Bird and Fox
SA2003104571

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| TERRY D. PARKER,<br><br>                   Plaintiff,<br><br>v.<br><br>MATTHEW C. KRAMER, et al.,,<br><br>                   Defendants. | No. CIV F-02-5117 AWI DLB P<br><br>**PROPOSED ORDER RE: DEFENDANTS' REQUEST TO ACT AFTER THE EXPIRATION OF TIME** |

**ORDER**

      Defendants Bird and Fox have requested to act after the expiration of time to file their supplemental brief pursuant to Rule 6(b) of the Federal Rules of Civil Procedure.

      NOW THEREFORE, good cause having been shown, defendants' request to act after the expiration of time to file their supplemental brief is granted.

IT IS SO ORDERED.

**Dated:**   **May 25, 2005**                  /s/ Dennis L. Beck
3c0hj8                                         UNITED STATES MAGISTRATE JUDGE