UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY PARKER,<br><br>       Plaintiff,<br><br>vs.<br><br>MATTHEW C. KRAMER, et al.,<br><br>       Defendants.<br>_____/ | 1:02-cv-05117-AWI-DLB-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 84)<br><br>**ORDER GRANTING UNENUMERATED RULE 12(b) MOTION** (Doc. 59)<br><br>**ORDER DISMISSING CLAIMS THREE AND FIVE** |

    Plaintiff, Terry Parker ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On April 29, 2005, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendations.

//

1    In accordance with the provisions of 28 U.S.C.
2 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 <u>de novo</u> review of this case.  Having carefully reviewed the
4 entire file, the Court finds the Findings and Recommendations to
5 be supported by the record and by proper analysis.
6    Accordingly, IT IS HEREBY ORDERED that:
7    1.   The Findings and Recommendations, filed April 29, 2005,
8 are ADOPTED IN FULL;
9    2.   Defendant's unenumerated Rule 12(b) motion, filed
10 October 18, 2004, is GRANTED;
11   3.   Claims Three and Five are DISMISSED, without prejudice,
12 for failure to exhaust; and
13   4.   The pending motion for summary judgment is REFERRED to
14 the Magistrate Judge for further proceedings.
15 IT IS SO ORDERED.
16 **Dated:   July 15, 2005**            **/s/ Anthony W. Ishii**
   0m8i78                            UNITED STATES DISTRICT JUDGE

2