1

2

3

4

5

6

7

8                             UNITED STATES DISTRICT COURT

9                            EASTERN DISTRICT OF CALIFORNIA

10

11   **TERRY PARKER**,                        1:02-cv-5117-AWI-DLB-P

12              Plaintiff,                     **ORDER ADOPTING FINDINGS AND
                                               RECOMMENDATIONS** (Doc. 91)
13   vs.
                                               **ORDER GRANTING MOTION FOR**
14   **MATTHEW C. KRAMER, et al.**,            **SUMMARY JUDGMENT** (Doc. 59)

15              Defendants.                    **ORDER DIRECTING CLERK OF
                                    /          COURT TO ENTER JUDGMENT**
16

17        Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights

18   action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

19   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

20        On August 30, 2005, the Magistrate Judge filed Findings and Recommendations that

21   recommended Defendants' motion for summary judgment on claim two be granted and judgment

22   be entered in favor of Defendants.   The Findings and Recommendations were served on the

23   parties and contained notice to the parties that any objections to the Findings and

24   Recommendations were to be filed within twenty days.[1]   Over twenty days have passed and no

25   party has filed objections.

26   _____

27        [1] The Findings and Recommendations served at the address Plaintiff provided this court
     were returned with notification that Plaintiff is no longer there.  Service at the last address
28   provided by Plaintiff is sufficient. See Local Rule 83-183.

                                             1

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305,

2  this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file,

3  including the objections, the court finds the Findings and Recommendations to be supported by

4  the record and by proper analysis.   The court agrees that there are no genuine issue of material

5  fact with respect to Plaintiff's equal protection claims.

6        Accordingly, IT IS HEREBY ORDERED that:

7    1.    The Findings and Recommendations, filed August 30, 2005, are ADOPTED IN

8          FULL;

9    2.    Defendants' motion for summary judgment on claim two is GRANTED;

10   3.    As this order resolves the final claim remaining in this action, the Clerk of Court

11         is DIRECTED to enter Judgment in favor of DEFENDANTS; and

12   4.    This Order terminates the action in its entirety and all pending motions are

13         DENIED as moot.

14

IT IS SO ORDERED.

15
**Dated:    September 27, 2005**              _____/s/ Anthony W. Ishii_____
16  0m8i78                                    UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28