```
                                          FILED
                                    JUDGMENT ENTERED
                               _____September 29, 2005____
                                              Date
                               by _____G. Lucas_____
                                          Deputy Clerk
                                       U.S. District Court
                                    Eastern District of California
                               __XX____  FILE CLOSED
```

*UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF CALIFORNIA*

TERRY PARKER,

**JUDGMENT IN A CIVIL ACTION**

vs.

    CV-F-02-5117 AWI DLB P

MATTHEW C. KRAMER, et al.,

_____/

The Findings and Recommendations issued by the Magistrate Judge on August 30, 2005, are hereby adopted in full, and

IT IS HEREBY ORDERED AND ADJUDGED that Judgment is entered in favor of the defendants, and against the plaintiff.

DATED:  September 29, 2005

                                        JACK L. WAGNER, Clerk

                                  By:   /s/ GREG LUCAS
                                            Deputy Clerk